CATHERINE BYRNE ET AL., RESPONDENTS, v. WILLIAM H. BUTTERWORTH, APPELLANT.

Submitted May 27, 1927—Decided October 17, 1927.

For the respondents, *Michael J. Tansey.*

For the appellant, *Frank G. Turner.*

Per Curiam.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Lloyd in the Supreme Court.

*For affirmance*—The Chief Justice, Trenchard, Parker, Minturn, Black, Campbell, White, Van Buskirk, McGlennon, Kays, Hetfield, Dear, JJ. 12.

*For reversal*—None.